# EXHIBIT B

14-02395-mew    Doc 19-2    Filed 02/25/15    Entered 02/25/15 16:03:32    Exhibit B
Pg 1 of 3

Starr & Company, LLC
SALES ANALYSIS BY CUSTOMER REPORT
01/01/09 To 03/01/10

| CUSTOMER | DATE | TT | SLS | REF NO | AMOUNT |
|---|---|---|---|---|---|

EVANS/BROW - Mr. Harold Evans

**Starr & Company, LLC**
**SALES ANALYSIS BY CUSTOMER REPORT**
**01/01/09 To 03/01/10**

| CUSTOMER | DATE | TT | SLS | REF NO | AMOUNT |
|---|---|---|---|---|---|
| | 01/01/09 | CI | 500 | 00021864 | 5,282.30 |
| | 02/01/09 | CI | 500 | 00022049 | 5,406.96 |
| | 03/01/09 | CI | 500 | 00022208 | 5,373.66 |
| | 04/01/09 | CI | 500 | 00022020 | 5,443.74 |
| | 05/01/09 | CI | 500 | 00022363 | 5,380.39 |
| | 06/01/09 | CI | 500 | 00022523 | 5,472.87 |
| | 07/01/09 | CI | 500 | 00022677 | 5,300.39 |
| | 08/01/09 | CI | 500 | 00022858 | 5,339.15 |
| | 09/01/09 | CI | 500 | 00022861 | 5,333.70 |
| | 10/01/09 | CI | 500 | 00023046 | 5,454.62 |
| | 11/01/09 | CI | 500 | 00023213 | 6,682.65 |
| | 12/01/09 | CI | 500 | 00023310 | 5,400.36 |
| | 01/01/10 | CI | 500 | 00023194 | 5,272.88 |
| | 02/01/10 | CI | 500 | 00023351 | 5,511.65 |
| | 03/01/10 | CI | 500 | 00023467 | 5,522.59 |
| | | | Total: | | 82,177.91 |