**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                        :     **Case No. 11-10219 (MEW)**
                                                              :
**KENNETH IRA STARR**, *et al.*,                              :     **Chapter 7**
                                                              :
                                                              :     **Jointly Administered**
                        Debtors.[1]                           :     **Substantively Consolidated**
---------------------------------------------------------------x
**ROBERT L. GELTZER**, **AS CHAPTER 7**                       :
**TRUSTEE OF KENNETH IRA STARR,**                             :
**STARR & COMPANY, LLC, AND STARR**                           :
**INVESTMENT ADVISORS, LLC,**                                 :
                                                              :     **Adv. Pro. No. 14-02395 (MEW)**
                        Plaintiff,                            :
                                                              :
        v.                                                    :
                                                              :
**HAROLD EVANS** and **TINA BROWN**,                          :
                                                              :
                        Defendants.                           :
                                                              :
                                                              :
---------------------------------------------------------------x

**CONSENT ORDER SCHEDULING COMPLETION**
**OF DISCOVERY AND NEW PRETRIAL CONFERENCE**

**WHEREAS** a pre-trial conference in the above-captioned adversary proceeding (the "**Adversary Proceeding**") was held before this Court on March 11, 2015 at which time respective counsel for the Plaintiff and for the Defendants appeared and consented on the record to a 90-day discovery period running from the date of service of Defendants' Answer to Plaintiff's Second Amended Complaint for completion of discovery in the Adversary Proceeding; and

---

[1] The Debtors in these cases and the case number assigned to each of the Debtors are as follows: Kenneth Ira Starr (11-10219 (ALG)); Starr & Company, LLC (11-10637 (ALG)); and Starr Investment Advisors, LLC (11-10639 (ALG)).

{Client/007357/BANK828/00913261.DOCX;1 }

**WHEREAS** Defendants' Answer to Plaintiff's Second Amended Complaint was filed and served on March 23, 2015; it is hereby

**ORDERED** that the parties shall exchange initial disclosures no later than April 15, 2015, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court; and it is further

**ORDERED** that the parties shall complete all pre-trial discovery in the Adversary Proceeding no later than June 22, 2015; and it is further

**ORDERED** that the next pre-trial conference in the Adversary Proceeding shall take place before this Court on June 24, 2015 at 10:00 a.m.; and it is further

**ORDERED** that this Consent Order may be executed in any number of counterparts, via hardcopy, facsimile, or electronic mail (via .pdf attachment), any of which shall be deemed the original for all purposes.

**CONSENTED TO:**

| **BOIES, SCHILLER & FLEXNER LLP** | **TARTER KRINSKY & DROGIN LLP** |
|---|---|
| *Attorneys for Defendants* | *Substitute Special Litigation Counsel to the Chapter 7 Trustee* |
| By:  /s/ Colleen A. Harrison  | By:  /s/ Greg J. Skiff  |
|         Scott E. Gant |         Robert A. Wolf |
| 5301 Wisconsin Avenue, NW |         Gregory J. Skiff |
| Washington, DC 20015 | 1350 Broadway |
| (Tel) 202.237.2727 | New York, New York 10018 |
| sgant@bsfllp.com | (Tel) 212.216.8000 |
|  | rwolf@tarterkrinsky.com |
| Colleen A. Harrison | gskiff@tarterkrinsky.com |
| 26 South Main Street |  |
| Hanover, New Hampshire 03755 |  |
| (Tel) 603.643.7914 |  |
| charrison@bsfllp.com |  |

14-02395-mew    Doc 24    Filed 03/26/15    Entered 03/26/15 12:13:45    Main Document
Pg 3 of 3

**SO ORDERED:**
**this 26th day of March, 2015**


<u>**s/Michael E. Wiles**</u>
**HONORABLE MICHAEL E. WILES**
**UNITED STATES BANKRUPTCY JUDGE**